AO 91 (Rev. 11/11)  Criminal Complaint

AUSA: A. Tare Wigod  Telephone: (313) 226-9191
Task Force Officer: Dianna Napier, FBI  Telephone: (313) 496-4643

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Louis Lovell Hooper, III

Case No.  Case: 2:23-mj-30199
Assigned To : Unassigned
Assign. Date : 5/16/2023
SEALED MATTER (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 30, 2023__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Dianna Napier, Task Force Officer, FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: May 16, 2023

City and state: Detroit, MI

_____
Judge's signature

Hon. Anthony P. Patti, United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Dianna Napier, a Task Force Officer with the Federal Bureau of Investigation (FBI), Detroit Division, being duly sworn, depose and state as follows:

1. I have been employed as a Wayne State University Police Officer for 14 years and I have been assigned to the Federal Bureau of Investigation (FBI) Violent Gang Task Force (VGTF) as a task force officer since May of 2016. During this time, I have investigated federal violations concerning crimes of violence, firearms, narcotics, and gangs. Throughout my law enforcement career, I have gained experience through everyday work related to these investigations. I have specifically investigated cases involving violations of state and federal narcotic and firearms laws and I have received training specific to narcotics trafficking and firearms investigations.

2. I have been conducting an investigation of LOUIS LOVELL HOOPER III, DOB XX/XX/1996, for various violations of federal criminal law, including violations of 18 U.S.C. § 922(g), felon in possession of a firearm.

3. During the course of the investigation, I obtained a Michigan State Police report, which outlines criminal conduct by HOOPER.

4. In summary, on April 30, 2023, Michigan State Police Troopers conducted a traffic stop on a black Ford Fusion bearing Michigan plate number ENK2172. The traffic stop occurred in the City of Detroit, Eastern District of Michigan. HOOPER

1

was the operator and only person in the vehicle. He is also the registered owner of the vehicle.

5.   At the time of the traffic stop, HOOPER's license was suspended and the vehicle was not insured. Troopers requested HOOPER to exit the vehicle and thereafter HOOPER gave Troopers consent to search the vehicle. During the subsequent search, Trooper Elia observed an area located on the left side of a panel underneath the steering wheel which was tampered with and partially open. Upon fully opening the panel, Trooper Arkan observed a black Glock 22 .40 caliber serial number BSLP981 handgun with an extended magazine in a void behind the panel. The firearm was loaded fully loaded with one bullet chambered.



6. HOOPER has at least one prior felony conviction that prohibits him from possessing firearms. Specifically, HOOPER has the following felony conviction:

- March 5, 2018: Distribution of a controlled substance - United States District Court Eastern District (Michigan) – 17-cr-20741.

7. Further, HOOPER is currently on supervised release out of the Eastern District of Michigan as a result of the above-referenced conviction and standard condition number 10 of supervision states "You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon…".

8. Additionally, HOOPER knew that he has been convicted of a crime punishable by imprisonment for a term exceeding one year because HOOPER actually served more than one year imprisonment on the above-referenced conviction. More specifically, HOOPER was sentenced to 24 months imprisonment with the Federal Bureau of Prisons.

9. On May 15, 2023, I spoke with ATF Special Agent Jimmie Pharr, an expert in the field of interstate nexus of firearms and ammunition, who informed me that Glock firearms are not manufactured in Michigan.

10. Based on the forgoing, I believe that there is probable cause to conclude that on April 30, 2023, LOUIS LOVELL HOOPER III, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, said firearm having been shipped and

3

transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g).

Respectfully submitted,

Task Force Officer Dianna Napier
Federal Bureau of Investigation

Sworn to before me and signed in my presence and/or by reliable electronic means.

HON. ANTHONY P. PATTI
United States Magistrate Judge

Dated: May 16, 2023